## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 354 - 1 | **DATE** | 5/2/2008 |
| **CASE TITLE** | USA vs. Adegbite Olamrewaju Adeyemo | | |

**DOCKET ENTRY TEXT**

Initial proceedings held. Defendant appears in response to arrest on 5/1//08. Defendant informed of rights. Paul Camarena appointed as counsel for defendant. Defendant to remain in custody pending preliminary examination hearing and detention hearing set for 5/7/08 at 2:30 p.m.

Docketing to mail notices.

00:07

| | Courtroom Deputy Initials: | DK |
|---|---|---|