UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 354 |
| | ) | 08 GJ 507 |
| ADEGBITE OLAMREWAJU ADEYEMO | ) | |
| also known as Akangbe A. Lanre, | ) | Chief Judge James F. Holderman |
| and Larry Ade Aide | ) | |
| | ) | |

NOTICE OF FILING

PLEASE TAKE NOTICE that on May 30, 2008 the undersigned filed with the Clerk of this Court, GOVERNMENT'S AGREED UPON FIRST MOTION FOR AN EXTENSION OF TIME TO RETURN INDICTMENT PURSUANT TO 18 U.S.C. § 3161(h)  service of the notice is being made upon you.

                Respectfully submitted,
                PATRICK J. FITZGERALD
                United States Attorney

By:    s/Anthony P. Garcia
        ANTHONY P. GARCIA
        Assistant United States Attorney
        219 S. Dearborn St.
        Chicago, Illinois  60604
        (312) 469-6151