UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.    08 CR 354 |
| | ) | |
| v. | ) | |
| | ) | Chief Judge James F. Holderman |
| ADEGBITE OLAMREWAJU ADEYEMO | ) | |
| also known as Akangbe A. Lanre, | ) | |
| and Larry Ade Aide | ) | |

**O R D E R**

Upon the Government's Motion, under Title 18, United States Code, Section 3161(h)(8)(A) & (B), for an extension of time in which to return an indictment in the above-captioned cause,

IT IS HEREBY ORDERED that the time within which to file an indictment against the defendant be extended from June 2, 2008 to and including July 2, 2008. Specifically, this Court finds that the ends of justice served by the extension outweigh the best interests of the public and the defendant in a speedy trial because the failure to grant such an extension would deny the government the reasonable time necessary for effective preparation of the evidence for presentation to the Grand Jury, taking into account the exercise of due diligence.

ENTERED:

*James F. Holderman*
JAMES F. HOLDERMAN
Chief Judge

DATED: May 30, 2008