UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



F I L E D
JUL - 2 2008
7-2-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**JUDGE LEINENWEBER**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 08 CR 354 |
| v. ) | |
| ) | Violation: Title 8, United |
| ADEGBITE OLAMREWAJU ADEYEMO, ) | States Code, Section 1326(a), |
| also known as "Akangbe A. Lanre" ) | and Title 6, United States |
| ) | Code, Section 202(4) |

**MAGISTRATE JUDGE DENLOW**

The UNITED STATES ATTORNEY charges:

On or about April 30, 2008, at Chicago, Illinois, in the Northern District of Illinois, Eastern Division,

ADEGBITE OLAMREWAJU ADEYEMO,
also known as "Akangbe A. Lanre"

defendant herein, an alien who previously had been deported from the United States on or about February 27, 1986, was present and found in the United States without previously having obtained the express consent of the United States Attorney General, and at anytime after February 28, 2003, from the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Sections 1326(a); and Title 6, United States Code, Section 202(4).

_____
UNITED STATES ATTORNEY