```
FILED
JUL - 2 2008
7-2-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 354   JUDGE LEINENWEBER |
| | ) | |
| ADEGBITE OLAMREWAJU ADEYEMO | ) | |
| also known as | ) | |
| "Akangbe A. Lanre" | ) | MAGISTRATE JUDGE DENLOW |
| | ) | |

GOVERNMENT'S DECLARATION REGARDING GRAND JURY
SUBPOENAS PURSUANT TO LOCAL CRIMINAL RULE 1.04(d)

Now comes the UNITED STATES OF AMERICA, through its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and pursuant to Rule 1.04(d) of the Local Criminal Rules for the Northern District of Illinois, states as follows:

1. No grand jury subpoenas were issued relating to the indictment returned in the above-captioned case.

                          Respectfully,

                          PATRICK J. FITZGERALD
                          United States Attorney

By: _____
     Anthony P. Garcia
     Assistant U.S. Attorney

Date: 7/2/08