## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 354 - 1 | **DATE** | 5/7/2008 |
| **CASE TITLE** | USA vs. Adegbite Olamrewaju Adeyemo | | |

**DOCKET ENTRY TEXT**

Defendant waives his right to a preliminary examination. Defendant waives his right to a detention hearing without prejudice. Defendant ordered bound to the District Court for further proceedings in the custody of the U.S. Marshal.

Docketing to mail notices.

00:07

| | Courtroom Deputy Initials: | DK |
|---|---|---|