**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,      )<br>　　　　Plaintiff,　　　　　　　　) | | Docket Number: 08 CR 354 |
| 　　　　　　　　　　　　　　　　) | | Presiding Judge: |
| 　v.　　　　　　　　　　　　　　) | | The Honorable Judge Morton Denlow |
| 　　　　　　　　　　　　　　　　) | | |
| ADEGBITE OLAMREWAJU ADEYEMO, )<br>　　　　Defendant.　　　　　　　　) | | |

## MOTION FOR PRETRIAL RELEASE

　　　PURSUANT TO 18 U.S.C. § 3142(a)(2), MR. ADEYEMO, BY HIS COUNSEL, PAUL CAMARENA, RESPECTFULLY moves this Honorable Court to order the United States to release Mr. Adeyemo pretrial. In support of his motion, Mr. Adeyemo states as follows:

　　　The United States' only charge against Mr. Adeyemo has a maximum sentence of only two years, and, thus, there is no presumption that this Honorable Court should order the United States Marshal to detain Mr. Adeyemo. (R. 10 and 8 U.S.C. § 1326; see also 18 U.S.C. § 3142(e).) Of course, 18 U.S.C. § 3142(g) requires this Honorable Court to consider Mr. Adeyemo's danger to the community and the future appearance of Mr. Adeyemo. However, Mr. Adeyemo would submit that those factors support his motion.

Danger to the Community.

　　　Mr. Adeyemo's criminal history consists only of one 25 year old white-collar offense. (Pretrial Services Report, p. 3.)

Future appearance of Mr. Adeyemo.

　　　While Mr. Adeyemo has recently resided in Nigeria and his wife and 9 year old child currently reside in Nigeria, Mr. Adeyemo also has significant ties to the United States community. Mr. Adeyemo has three children who reside in the United States. (Pretrial Report, p. 1.) Also, Mr. Adeyemo is legally residing in the United States, although he is currently under removal proceedings. (Pretrial Report, p. 2.) In addition, Mr. Adeyemo is very close to a United States citizen, Mr. Gregory Salako, who owns a home with equity totaling $ 286,783.45[1], and Mr. Salako would execute an agreement to forfeit, should Mr. Adeyemo fail to appear, this property.

---

[1] Exhibit 1: Appraisal, p. 3, Market Value: $ 465,000.00.
　Exhibit 2: Mortgage Statement, Unpaid Principle Balance: $ 178,216.55.

WHEREFORE, Mr. Adeyemo respectfully moves this Honorable Court to order the United States Marshal to release pretrial Mr. Adeyemo to the custody of Mr. Salako and to order that Mr. Adeyemo submit to Pretrial Services' home incarceration with electronic monitoring.

        Respectfully submitted,
        Adegbite Adeyemo's Counsel
        North & Sedgwick L.L.C.

By:    /s/ Paul Camarena
        Paul Camarena, Esq.
        333 W. North, No. 150
        Chicago, IL 60610
        PaulCamarena@PaulCamarena.Com
        (312) 493-7494
        (312) 602-4945 (facsimile)

Val-U-Rite Appraisal Company
P.O. Box 5587
Buffalo Grove, IL 60089
847-634-6800

INVOICE

| DATE | NUMBER |
|---|---|
| 07/11/2008 | 08070020 |

Client: GREGORY SALAKO
1812 S. STATE ST, #14
CHICAGO, IL 60616
312-882-1670

| Item | Total |
|---|---|
| APPRAISAL FEE FOR SERVICES RENDERED | $ 250.00 |
| PAID | -250.00 |

Borrower: SALAKO, GREGORY
1812 S. STATE ST.
CHICAGO, IL 60616

TERMS: DUE UPON RECEIPT
A LATE PAYMENT OF 1.5% WILL BE CHARGED MONTHLY
TO ALL UNPAID BALANCES.

Total:    $

Please detach and include the bottom portion with your payment... Thank You!

| Inv Date | Insp Date | Appraiser | Client Case # | File # | Client Phone # |
|---|---|---|---|---|---|
| 07/11/2008 | 07/09/2008 | | | 08070020 | |

**FROM:**
GREGORY SALAKO
1812 S. STATE ST, #14
CHICAGO, IL 60616
312-882-1670

**PROPERTY:**
Borrower: SALAKO, GREGORY
1812 S. STATE ST.
CHICAGO, IL 60616

Amount Due
$ _____

**TO:**
Attention:

Val-U-Rite Appraisal Company
P.O. Box 5587
Buffalo Grove, IL 60089

Amount Enclosed
$ _____

Balance Due upon receipt of Invoice
Please return this portion with your payment. Thank You!

Val-U-Rite Appraisal Company

File No. 08070020



## SUMMARY APPRAISAL REPORT REPORT

OF THE REAL PROPERTY LOCATED AT

1812 S. STATE ST.
CHICAGO, IL 60616

for

GREGORY SALAKO
1812 S. STATE ST, #14
CHICAGO, IL 60616
312-882-1670

as of

07/09/2008

by

VAL-U-RITE APPRAISAL COMPANY
P.O. Box 5587
Buffalo Grove, IL 60089

# Fannie Mae LIMITED APPRAISAL ANALYSIS - SUMMARY APPRAISAL REPORT
## Desktop Underwriter Quantitative Analysis Appraisal Report   File No. 08070020

**THIS SUMMARY APPRAISAL IS INTENDED FOR USE BY THE LENDER/CLIENT FOR A MORTGAGE FINANCE TRANSACTION ONLY.**

### SUBJECT
- Property Address: 1812 S. STATE ST.    City: CHICAGO    State: IL    Zip Code: 60616
- Legal Description: REFER TO TITLE POLICY    County: COOK
- Assessor's Parcel No.: 17-21-409-034-1014    Tax Year: 2006    R.E. Taxes $: 3,146.00    Special Assessments $: N/A
- Borrower: SALAKO, GREGORY    Current Owner: SALAKO    Occupant: [X] Owner [ ] Tenant [ ] Vacant
- Neighborhood or Project Name: DEARBORN VILLAGE    Project Type: [ ] PUD [X] Condominium    HOA$ 369.00 /Mo.
- Sales Price $: MRKT. VALUE    Date of Sale: N/A    Description / $ amount of loan charges/concessions to be paid by seller: N/A
- Property rights appraised: [X] Fee Simple [ ] Leasehold    Map Reference: SMSA1600    Census Tract: 3302.003

### NEIGHBORHOOD
Note: Race and the racial composition of the neighborhood are not appraisal factors.

| | | | | | | |
|---|---|---|---|---|---|---|
| Location | [X] Urban [ ] Suburban [ ] Rural | Property Values | [X] Increasing [ ] Stable [ ] Declining | Single family housing PRICE $(000) / AGE (yrs) | Condominium housing PRICE $(000) / AGE (yrs) (if applic.) | |
| Built up | [X] Over 75% [ ] 25-75% [ ] Under 25% | Demand/supply | [ ] Shortage [X] In balance [ ] Over supply | Low 28 / NEW | Low 76 / NEW | |
| Growth rate | [ ] Rapid [X] Stable [ ] Slow | Marketing time | [ ] Under 3 mos. [X] 3-6 mos. [ ] Over 6 mos. | High 650 / 100+ | High 1,000 / 100+ | |

Neighborhood boundaries: THE SUBJECT IS BOUNDED TO THE NORTH BY CONGRESS PRKY, TO THE EAST BY LAKE MICHIGAN, TO THE SOUTH BY 31ST ST. AND TO THE WEST BY HALSTED ST.

Predominant: 350 / 80    400 / 80

### SITE
- Dimensions: COMMON AREA    Site area: COMMON AREA    Shape: N/A
- Specific zoning classification and description: PD 664 PLANNED UNIT DEVELOPMENT
- Zoning compliance: [X] Legal [ ] Legal nonconforming (Grandfathered use) [ ] Illegal, attach description [ ] No zoning
- Highest and best use of subject property as improved (or as proposed per plans and specifications): [X] Present use [ ] Other use, attach description.
- Utilities: Public / Other — Electricity [X], Gas [X], Water [X], Sanitary sewer [X]
- Off-site improvements Type: Street ASPHALT [X] Public; Alley NONE
- Are there any apparent adverse site conditions (easements, encroachments, special assessments, slide areas, etc.)? [ ] Yes [X] No

### IMPROVEMENTS
- Source(s) used for physical characteristics of property: [X] Interior and exterior inspection [ ] Exterior inspection from street [ ] Previous appraisal files
- [X] MLS [X] Assessment and tax records [ ] Prior inspection [X] Property owner [ ] Other (Describe):
- No. of Stories: THREE    Type (Det./Att.): ATT    Exterior Walls: BRICK/AVS    Roof Surface: ASPHALT    Manufactured Housing [ ] Yes [X] No
- Does the property generally conform to the neighborhood in terms of style, condition, and construction materials? [X] Yes [ ] No
- Are there any apparent physical deficiencies or conditions that would affect the soundness or structural integrity of the improvements or the livability of the property? [ ] Yes [X] No
- Are there any apparent adverse environmental conditions (hazardous wastes, toxic substances, etc.) present in the improvements, on the site, or in the immediate vicinity of the subject property? [ ] Yes [X] No

### SALES COMPARISON ANALYSIS
I researched the subject market area for comparable listings and sales that are the most similar and proximate to the subject property.
My research revealed a total of 26 sales ranging in sales price from $ 420,000 to $ 532,500.
My research revealed a total of 26 listings ranging in list price from $ 442,500 to $ 544,500.
The analysis of the comparable sales below reflects market reaction to significant variations between the sales and the subject property.

| FEATURE | SUBJECT | SALE 1 | | SALE 2 | | SALE 3 | |
|---|---|---|---|---|---|---|---|
| Address | 1812 S. STATE ST. CHICAGO | 1812 S. STATE CHICAGO | | 20 W. 15TH CHICAGO | | 1812 S. DEARBORN CHICAGO | |
| Proximity to Subject | | SAME SUBDIVISION | | 0.30 MILES N | | SAME SUBDIVISION | |
| Sales Price | $ MRKT. VALUE | $ 487,500 | | $ 420,000 | | $ 467,500 | |
| Price/Gross Liv. Area | $ 0.00 | $ 243.75 | | $ 283.40 | | $ 233.75 | |
| Data & Verification Sources | | MLSNI #06705373/RECORDER | | MLSNI #06601945/RECORDER | | MLSNI #06771429/RECORDER | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment |
| Sales or Financing Concessions | | CONVENTIONAL NO CONCESS. | | CONVENTIONAL NO CONCESS. | | CONVENTIONAL NO CONCESS. | |
| Date of Sale/Time | | 11/07 | | 02/08 | NO ADJ | 04/08 | |
| Location | URBAN | URBAN | | URBAN | | URBAN | |
| Site | COMMON AREA | COMMON AREA | | SIMILAR | NO ADJ | COMMON AREA | |
| View | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Design (Style) | CONDO/TWNHSE | CONDO/TWNHSE | | TOWNHOUSE | NO ADJ | CONDO/TWNHSE | |
| Actual Age (Yrs.) | 1998 | 1998 | | 1990 | | 1998 | |
| Condition | GOOD | GOOD | | GOOD | | GOOD | |
| Above Grade Room Count | Total 7 / Bdrms 3 / Baths 2 | Total 6 / Bdrms 3 / Baths 2 | | Total 6 / Bdrms 3 / Baths 2 | | Total 7 / Bdrms 3 / Baths 2 | |
| Gross Living Area | 1,968 Sq. Ft. | 2000+/- Sq. Ft. | | 1,482 Sq. Ft. | 24,500 | 2000+/- Sq. Ft. | |
| Basement & Finished Rooms Below Grade | NO BASEMENT N/A | NO BASEMENT N/A | | NO BASEMENT N/A | | NO BASEMENT N/A | |
| Garage/Carport | 1 CAR GARAGE | 1 GAR/1 OPEN | -20,000 | 1 CAR OPEN | 20,000 | 1 CAR GARAGE | |
| Net Adj. (total) | | [X] - $ | -20,000 | [X] + $ | 44,500 | [ ] + [ ] - $ | |
| Adjusted Sales Price of Comparables | | GROSS 4.1% NET -4.1% $ | 467,500 | GROSS 10.6% NET 10.6% $ | 464,500 | GROSS 0.0% NET 0.0% $ | 467,500 |
| Date of Prior Sale | NO SALE/TRANSFERS PAST 36 MO. | NO SALE/TRANSFERS PAST 12 MONTHS | | NO SALE/TRANSFERS PAST 12 MONTHS | | NO SALE/TRANSFERS PAST 12 MONTHS | |
| Price of Prior Sale | $ | $ | | $ | | $ | |

Analysis of any current agreement of sale, option, or listing of the subject property and analysis of the prior sales of subject and comparables: RESEARCH INDICATES NO SALES OR TRANSFERS FOR THE SUBJECT PAST 36 MONTHS. COMPARABLES AS INDICATED.

Summary of sales comparison and value conclusion: SEE ADDENDUM.

This appraisal is made [X] "as is", [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, or [ ] subject to the following repairs, alterations or conditions:

BASED ON AN [ ] EXTERIOR INSPECTION FROM THE STREET OR AN [X] INTERIOR AND EXTERIOR INSPECTION, I ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT TO BE $ 465,000. AS OF 07/09/2008

10 CH.    PAGE 1 OF 3    Fannie Mae Form 2055  9-96

VAL-U-RITE APPRAISAL COMPANY



Return Mail Operations
PO Box 14411
Des Moines, IA 50306-3411

**Monthly Mortgage Statement**

Statement Date  03/17/08
Loan Number  0036018653

### Customer Service

🖥 **Online**
wellsfargo.com

☎ **Telephone**  TTY Deaf/Hard of Hearing
(866) 234-8271  (800) 934-9998

📠 **Fax**
(866) 278-1179

✉ **Payments**  **Correspondence**
PO Box 5296  PO Box 10335
Carol Stream IL 60197  Des Moines IA 50306

2292/000000/002292 000 01 AMW66 708

GREGORY A SALAKO
1812 S STATE ST APT 14
CHICAGO IL  60616-1696

### Important Messages

**THE COMFORTS OF HOME**
We understand the important role your home has in your life. That's why you can count on us to help you realize the personal and financial rewards of homeownership. Since 1852, we've been helping Americans reach their financial goals. Today, we appreciate having the opportunity to do the same for you.

## Summary

| | | |
|---|---|---|
| Payment (Principal and/or Interest, Escrow) | | $2,127.35 |
| Optional Product(s) | | $0.00 |
| **Current Monthly Payment** | | **$2,127.35** |
| Overdue Payments | | $0.00 |
| Unpaid Late Charge(s) | | $0.00 |
| Other Charges | | $0.00 |
| **TOTAL PAYMENT DUE 08/01/08** | | **$2,127.35** |

**Property Address**
1812 S STATE STREET
CHICAGO IL 60616

| | |
|---|---|
| Unpaid Principal Balance | $178,216.55 |
| *(Contact Customer Service for your payoff balance)* | |
| Interest Rate | 5.250% |
| Interest Paid Year-to-Date | $5,589.13 |
| Taxes Paid Year-to-Date | $1,572.76 |
| Escrow Balance | $1,941.67 |

## Activity Since Your Last Statement

| Date | Description | Total | Principal | Interest | Escrow | Late Charge | Other |
|---|---|---|---|---|---|---|---|
| 03/17 | *PAYMENT | | $1,080.79 | $784.43 | $262.13 | | |
| 03/17 | *PAYMENT | | $1,076.09 | $789.13 | $262.13 | | |
| 03/17 | *PAYMENT | | $1,071.40 | $793.82 | $262.13 | | |
| 03/17 | *PAYMENT | | $1,066.73 | $798.49 | $262.13 | | |
| 03/17 | *PAYMENT | $10,636.75 | $1,062.09 | $803.13 | $262.13 | | |
| 02/27 | TAX PAYMENT | $5.00- | | | $5.00- | | COOK CO TAX BILL FEE(4) |

*Wells Fargo Easy Pay payment has been applied. Amount shown exclusive of applicable fees.

000000/002292 AMW66 2292

---



*Please detach and return with your payment*

| | |
|---|---|
| Loan Number | 0036018653 |
| Current Monthly Payment Due | $2,127.35 |
| Total Payment Due 08/01/08 | $2,127.35 |
| After 08/16/08 Add Late Fee | $93.26 |
| Total Amount Due After 08/16/08 | $2,220.61 |

Check here and see reverse for address correction.

GREGORY A SALAKO

2292/000000/002292 000 01 AMW66 708

WELLS FARGO HOME MORTGAGE
PO BOX 5296
CAROL STREAM IL 60197-5296

Total Amount Enclosed
(Please do not send cash)



708  0036018653  2  10000212735022206102127350000000  000000001497843277  9