**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br><br>v.<br><br>ADEGBITE OLAMREWAJU ADEYEMO,<br>  Defendant. | Docket Number: 08 CR 354<br><br>Presiding Judge:<br>The Honorable Judge Morton Denlow |

**NOTICE OF MOTION**

To:   Anthony P. Garcia                    Jonathan Reid
      Respondent United States' Counsel    United States Pretrial Services Officer
      219 S. Dearborn, No. 500             219 S. Dearborn, No. 1500
      Chicago, IL 60604                    Chicago, IL 60604

PLEASE TAKE NOTICE that, on Thursday July 17, 2008, at 10:30am, at the United States District Court for the Northern District of Illinois, 217 S. Dearborn, Courtroom 1350, Chicago, IL, 60604, Mr. Adeyemo, through his counsel, Paul Camarena, will appear before His Honor Judge Denlow, or before such other judge who may be sitting in his place and stead, and Mr. Adeyemo will present his **MOTION FOR PRETRIAL RELEASE**.

**CERTIFICATE OF SERVICE**

MR. ADEYEMO'S COUNSEL, PAUL CAMARENA, CERTIFIES that, on Tuesday July 15, 2008, he served Mr. Adeyemo's **MOTION FOR PRETRIAL RELEASE** and its **NOTICE OF MOTION** on:

Anthony P. Garcia                    Jonathan Reid
Respondent United States' Counsel    United States Pretrial Services Officer
219 S. Dearborn, No. 500             219 S. Dearborn, No. 1500
Chicago, IL 60604                    Chicago, IL 60604

Respectfully submitted,
Adegbite Adeyemo's Counsel
North & Sedgwick L.L.C.

By:   /s/ Paul Camarena
      Paul Camarena, Esq.
      333 W. North, No. 150
      Chicago, IL 60610
      PaulCamarena@PaulCamarena.Com
      (312) 493-7494
      (312) 602-4945 (facsimile)