# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | Morton Denlow |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 354-1 | **DATE** | 7/14/2008 |
| **CASE TITLE** | USA vs. Adegbite Olamrewaju Adeymo | | |

**DOCKET ENTRY TEXT**

Arraignment and plea held. Defendant waives formal reading of the information and enters a plea of not guilty to count I of the information Defendant informed of rights. 16.1(a) conference to be held by or on 7/21/08. Pretrial motions to be filed by or on 8/4/08; any response by or on 8/12/08. Status hearing set before JudgeLeinenweber on 8/12/08 at 9:00 a.m. . Government's oral motion to exclude time is granted. Time ordered excluded to8/12/08 pursuant to 18:3161(a)(1)(F) (X-E). Defendant to remain in custody pending detention hearing set for 7/17/08 at 10:30 a.m.

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:06

| | Courtroom Deputy Initials: | DK |
|---|---|---|