# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Morton Denlow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 354 - 1 | **DATE** | 7/17/2008 |
| **CASE TITLE** | USA vs. Adegbite Olamrewaju Adeyemo | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 7/17/2008. Motion hearing held on 7/17/2008 regarding motion for release from custody[15]. Motion for release from custody [15] is denied as stated in open Court. Defendant ordered detained as a risk of flight.

Docketing to mail notices.

00:36

| | Courtroom Deputy Initials: | DK |
|---|---|---|

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Morton Denlow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 354 - 1 | **DATE** | 7/17/2008 |
| **CASE TITLE** | USA vs. Adegbite Olamrewaju Adeyemo | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 7/17/2008. Motion hearing held on 7/17/2008 regarding motion for release from custody[15]. Motion for release from custody [15] is denied as stated in open Court. Defendant ordered detained as a risk of flight.

Docketing to mail notices.

00:36

| | Courtroom Deputy Initials: | DK |
|---|---|---|