# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 354 | **DATE** | 7/29/2008 |
| **CASE TITLE** | United States of America vs. Adegbite Olamrewaju Adeyemo | | |

**DOCKET ENTRY TEXT**

Defendant withdraws plea of not guilty. Filed Waiver of Indictment. Defendant enter plea of guilty to the one count information. Defendant informed of rights. Judgment of guilty entered. Cause referred to the probation department for a expedited presentence investigation. Sentencing date set for 9/30/2008 at 9:45 a.m.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | WAP |
|---|---|---|