AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

FILED
JUN 29 2008
JUDGE HARRY D. LEINENWEBER
U.S. DISTRICT COURT JUDGE

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Adesbite Olamrewaju Adeyemo

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR 354

I, Adesbite O. Adeymo, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7/29/2008 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant [Adeyemo]

_____
Counsel for Defendant [Paul Camarena]

Before _____
Judicial Officer

HARRY D. LEINENWEBER