**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>   Plaintiff,       )<br>          )<br>  v.       )<br>          )<br>ADEGBITE OLAMREWAJU ADEYEMO,       )<br>   Defendant.       ) | Docket Number: 08 CR 354<br><br>Presiding Judge:<br>The Honorable Judge Harry D. Leinenweber |

**NOTICE OF MOTION**

To: Anthony Garcia
   Respondent United States' Counsel
   219 S. Dearborn, No. 500
   Chicago, IL 60604

  PLEASE TAKE NOTICE that, on Thursday August 28, 2008, at 9:45am, at the United States District Court for the Northern District of Illinois, 217 S. Dearborn, Courtroom 1941, Chicago, IL, 60604, Mr. Adeyemo, through his counsel, Paul Camarena, will appear before His Honor Judge Leinenweber, or before such other judge who may be sitting in his place and stead, and Mr. Adeyemo will present **ADEGBITE ADEYEMO'S SENTENCING MEMORANDUM AND MOTION FOR VARIANCE**.

**CERTIFICATE OF SERVICE**

  MR. ADEYEMO'S COUNSEL, PAUL CAMARENA, CERTIFIES that, on Wednesday August 26, 2008, he served **ADEGBITE ADEYEMO'S SENTENCING MEMORANDUM AND MOTION FOR VARIANCE** and its **NOTICE OF MOTION** on:

  Anthony Garcia
  Respondent United States' Counsel
  219 S. Dearborn, No. 500
  Chicago, IL 60604

  Respectfully submitted,
  Adegbite Adeyemo's Counsel
  North & Sedgwick L.L.C.

By: /s/ Paul Camarena
   Paul Camarena, Esq.
   333 W. North, No. 150
   Chicago, IL 60610
   PaulCamarena@PaulCamarena.Com
   (312) 493-7494
   (312) 602-4945 (facsimile)